**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Simmie James Colson III v. The State of Texas

Appellate case number:    01-14-01020-CR

Trial court case number:    999804

Trial court:    185th District Court of Harris County

Date motion filed:    January 8, 2016

Party filing motion:    Simmie James Colson III

    It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: _/s/ Rebeca Huddle_
          ☐ Acting individually    ☒    Acting for the Court

Panel consists of: <u>Justices Higley, Huddle, and Lloyd</u>


Date: <u>January 28, 2016</u>